**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

FILED
OCT 1 2 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § | |
| vs § § § | |
| OSCAR HEREDIA, § § § § § § | Case Number: **5:20-CR-00387-16-DAE** |
| *Defendant* | |

## ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Edward Camara, Jr. , is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.
It is so **ORDERED** this 12th day of October, 2021.

_____
Richard Farrer
U.S. Magistrate Judge